AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
12/03/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
12/03/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

United States of America

v.

RIGOBERTO DEJESUS MORALES,

Defendant.

Case No. 8:21-mj-00807-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 13, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Farshid Hashempour, Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 3, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel Ahn (x3539)

**A F F I D A V I T**

I, Farshid Hashempour, being duly sworn, hereby declare and state as follows:

## I. INTRODUCTION

1. I am a Detective with the Santa Ana Police Department ("SAPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI"). As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am assigned to the Orange County Violent Gang Task Force ("OCVGTF"). The OCVGTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI, the SAPD, and detectives from the Anaheim Police Department. The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County. Prior to this assignment with the FBI, I was a SAPD Police Officer and have been so employed for approximately twenty years.

3. I have specialized training and experience in investigations of narcotics trafficking and criminal street gangs. During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous investigations of criminal activity, specifically including

narcotics trafficking and violent offenses committed by street gangs.  Since joining the OCVGTF in 2010, I have specialized in investigations of the Mexican Mafia and its subordinate gangs in Orange County.  As part of these investigations, I have also learned about the drug trafficking organizations that supply street gangs with illegal narcotics.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint and arrest warrant against RIGOBERTO DEJESUS MORALES ("MORALES") for a violation of Title 21, United States Code §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute Fentanyl).

5. The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, my personal knowledge, and my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

6. In February 2021, a Detective assigned to Fountain Valley Police Department's ("FVPD") Crime Suppression Unit ("CSU") observed two profile accounts on two different social media platforms.  Utilizing a law enforcement database, the FVPD Detective was able to identify the user of both profiles as

2

MORALES. As he continued to monitor the accounts, the Detective observed images of firearms. After reviewing numerous social media posts, the FVPD Detective was able to identify the make and model of the vehicle displayed in some of the social media posts.

7. In one particular video, the FVPD Detective recognized the parking lot of the doughnut shop mentioned in the clip. The Detective then drove to the parking lot and found the vehicle, which was occupied by MORALES.

8. The Detective continued to monitor MORALES's social media activity and noticed numerous texts and pictures consistent with narcotic trafficking. FVPD conducted surveillance operations on MORALES while simultaneously monitoring his social media activity. On one occasion, MORALES was observed on surveillance going to a residence in Garden Grove, California. Shortly after leaving the residence, the FVPD Detective observed a video on MORALES's social media account displaying a medicine bottle with a partially torn label, which read "codeine syrup."

9. In April 2021, the FVPD Detective authored a search warrant for MORALES's room and vehicle based on observations made during surveillance operations and MORALES's activity on social media that the Detective believed was indicative of narcotic sales. On April 13, 2021, an Orange County Superior Court Judge issued a search warrant authorizing the search of MORALES, his room, and his vehicle. During the subsequent search, FVPD Detectives found numerous narcotics to include

Adderall, LSD, and a substance believed to be either Oxycodone or Fentanyl. Detectives found an operable scale, empty plastic bags, and over $11,000 in cash to support their belief that MORALES was engaged in the sale of narcotics. Detectives also discovered a loaded Ruger, model 57 handgun in MORALES's room.

10. MORALES was read his Miranda Rights in the field. MORALES acknowledged his rights and told the FVPD Detective that he did live in the room that was searched. MORALES stated that the pills that were found were for his personal use. MORALES requested an attorney when asked about the firearm that had also been found in the room.

11. The substance believed to be Fentanyl was sent to DEA Southwest Lab and was determined to be Fentanyl with a net weight of 141 grams. Based on my training and experience, that amount of Fentanyl is a distribution amount.

## IV. STATEMENT OF PROBABLE CAUSE

12. I have reviewed the police reports prepared by FVPD Detectives and the search warrant related to the investigation regarding the April 13, 2021 arrest of MORALES. Based on my review of the reports, I have learned the following facts:

13. In February 2021, FVPD Detective B. Nguyen was monitoring various Snapchat accounts for criminal activity. During his review, Detective Nguyen encountered a Snapchat with the profile name of "staxkincxps," which was operated by a user under the name "Stackin." Detective Nguyen was aware of an Instagram account with a similar username, "stackin_cups." After monitoring both accounts, Detective Nguyen realized that

the same unidentified male operated both accounts, based on photos or "selfies" posted on the accounts. The same individual appeared to be the user/operator of both accounts. Using a law enforcement database, and pulling up the individual's photograph in an official database, Detective Nguyen was able to identify the male subject as MORALES.

14. It should be noted that Snapchat is a social media platform where users post videos and photographs. These multimedia files can be viewed by other users as long as the accounts are linked as "Friends." These photographs and videos are posted on the user's "story" for up to 24 hours, at which time they are automatically deleted by Snapchat. Snapchat users have the ability to send text, video, or photo messages directly to other users. By contrast, Instagram is a social media platform where users post videos and photographs that can be saved. Instagram has a story and direct messaging feature, which allows users to post stories and send messages in a manner similar to Snapchat.

15. On February 21, 2021, Detective Nguyen was monitoring the Snapchat and Instagram accounts related to MORALES, when he noticed a posted image of a firearm and two magazines. Additionally, a story posted on MORALES's Snapchat showed the grip of a semiautomatic firearm tucked into a waistband. Three days later, on February 24, 2021, Detective Nguyen observed a video displaying a Ruger, model 57 firearm with a magazine that appeared to be loaded with .223 caliber ammunition. A records check revealed that MORALES did not have any firearms registered

5

in his name. After watching numerous Snapchat and Instagram stories, Detective Nguyen noticed that MORALES had a Honda vehicle with a distinct digital speedometer. Detective Nguyen identified the vehicle as a Honda Insight.

16. On or about March 7, 2021, Detective Nguyen viewed a Snapchat post on MORALES's account, which was a video of a Food 4 Less parking lot with the caption, "All these people decided to get fucking doughnuts today." Detective Nguyen recognized the location as the parking lot of M and M's Doughnuts, located at 1614 West Katella Avenue, in the city of Anaheim, California. Detective Nguyen drove to the parking lot and found a Honda Insight, bearing California License Plate number 6HCE006, in the doughnut shop parking lot. Detective Nguyen looked through the front windshield of the Honda and observed MORALES in the driver's seat. A records check of the vehicle's license plate later revealed that the Honda Insight was registered to MORALES at 11022 Bixler Circle, Garden Grove, California.

17. On March 9, 2021, at approximately 2:50 p.m., Detective Nguyen viewed a Snapchat video on MORALES's account, which showed a large amount of U.S. currency with the message, "Reups coming." Based on his training and experience, Detective Nguyen believed the post indicated that MORALES would be restocking his supply of narcotics. Later that same day, Detective Nguyen watched another Snapchat video on MORALES's account, which showed approximately 100 orange circular pills in a vacuum sealed package. Based on his training and experience, Detective Nguyen recognized these pills as the prescription

medication Adderall.  At about 4:00 p.m., MORALES posted a Snapchat photograph of a cellphone with the caption, "You know what to do.  If we doing business and I'm talking real business not one jar or one boat."  Based on his training and experience, Detective Nguyen understood the term "jar" to be a reference to a prescription bottle of pills and a "boat" to signify 1,000 pills.  As the day progressed, Detective Nguyen observed an additional video on MORALES's Snapchat, which showed two Enfamil canisters containing hundreds of small circular blue pills he recognized as Oxycodone.

      18.  On March 11, 2021, at about 6:00 a.m., Detective Nguyen was monitoring MORALES's Instagram profile when he noticed a video post from 11 hours earlier with the caption, "On my way to make money :)."  A few hours later, an image of a large sum of U.S. Currency was posted on MORALES's Instagram.  Detective Nguyen then reviewed MORALES's Snapchat account and found a posted story from the previous day, where MORALES had written, "Thin mint cookies, Apple Fritter, acid, hollow point carts, and Oxys."  Based on his training and experience, Detective Nguyen understood this to mean that MORALES had marijuana, LSD, and Oxycodone for sale.  In another post on Snapchat, MORALES shared a video of currency being dumped out of a plastic bag while saying, "Stop fucking playing, all blues, bitch.  Sheesh."  Based on his training and experience, Detective Nguyen recognized the term "blues" as a reference to Oxycodone.

7

19.     On March 12, 2021, Detective Nguyen learned from MORALES's Instagram account that his Snapchat account had been deleted.  MORALES mentioned on Instagram that his new Snapchat account was under the profile name of "J969165."  Detective Nguyen noticed on his undercover Snapchat account that he had previously added the account name "J969164," which was being operated by someone with the username "Alexis Cibrian."  Detective Nguyen reviewed the stories on the new account and identified the user as MORALES.  Detective Nguyen came to this conclusion after reading the following post, "Add my other back up too stay in contact @stackincupss."  The "@stackincupss" account had listed the backup account as "Stackin Packin."

20.     On March 18, 2021, FVPD Detectives conducted a surveillance operation on MORALES, where he was followed to his residence on Bixler Circle.  Detective Nguyen observed MORALES exit the driver's side of his Honda Insight and walk towards the residence.  It should be noted that MORALES's female passenger remained in the vehicle.  Shortly thereafter, MORALES reappeared from the residence and sat in the driver's seat of the Honda.  MORALES was followed as he drove away from his residence in the Honda.  Detective Nguyen checked MORALES's Snapchat account, where he observed a posted video of a medicine bottle with a partially torn label.  The portion of the label that remained on the bottle displayed the words "codeine syrup."  This particular video was accompanied by the text, "Going out."  MORALES drove to a shopping center located on the northeast corner of Magnolia Avenue and Winston Road, in the City of Anaheim.  FVPD Sergeant

R. Cortes observed MORALES enter a smoke shop at the location, where he remained for about six minutes before exiting the business and driving back home. Based on his observations, training, and experience, Detective Nguyen believed that MORALES likely went to this business to sell the bottle of codeine.

21.  On April 11, 2021, Detective Nguyen monitored MORALES's Snapchat account and observed a posted image stating, "Oxy sing-les 10 for 100 addys I can do 15 for 100." In another post on Snapchat, Detective Nguyen found the text, "Bud, carts, addys, and oxys." Detective Nguyen believed that the references to "Oxy" and "addy" were abbreviations for Oxycodone and Adderall. Based on Detective Nguyen's training and experience, the other portion of the text is believed to be MORALES's coded language whereby he is advertising each substance as either "10 pills for $100" or "15 pills for $100," respectively. Detective Nguyen also saw a picture of the rear sight of a semi-automatic handgun with a caption that read, "57s so light," a possible reference to the previously posted image of a Ruger, model 57 handgun.

22.  On April 12, 2021, Detective Nguyen was monitoring MORALES's Snapchat and saw a post of him driving with a text suggesting that he was delivering. Based on his review of previous videos, Detective Nguyen recognized the interior of the vehicle to be MORALES's Honda Insight. On April 13, 2021, at 9:40 a.m., Detective Nguyen conducted a records check of MORALES and learned that MORALES did not have a valid California Driver License. Later the same day, FVPD Detectives arrived at

9

MORALES's residence and found his vehicle parked and unoccupied on Bixler Circle. At approximately 2:00 p.m., MORALES posted a story on his Snapchat with the accompanying text, "450 a jar of oxy got 2 left." Based on the location of his vehicle and the time of the post, Detective Nguyen believed that MORALES was in possession of Oxycodone for the purposes of sales.

23. On April 13, 2021, at approximately 4:59 p.m., MORALES was observed exiting his residence by FVPD Detective Jones. Due to his status of being an unlicensed driver, in violation of California Vehicle Code Section 12500(a), FVPD Detectives Roddy and Vega conducted a traffic stop on MORALES's vehicle in the area of Euclid Street and Ord Way, in the city of Garden Grove. For purposes of Officer Safety, MORALES was removed from the Honda Insight. Detective Nguyen arrived at the location of the traffic stop and observed, in plain view, a black plastic bag containing a green leafy substance in the driver's door compartment, and a bottle labeled "Promethazine" in the driver's seat rear pocket. Detective Nguyen asked MORALES if anyone else was at the residence on Bixler Circle. MORALES informed the Detective that two other individuals were at the residence. Detective Nguyen retrieved MORALES's keys from his vehicle as FVPD Detectives proceeded to MORALES's residence on Bixler Circle for the purposes of securing the residence to prevent the destruction of evidence.

24. Upon their arrival at MORALES's residence, FVPD Detectives spoke to Elvia Sanchez Mendez, who advised them that MORALES stayed in the room in the southwest portion of the

residence. Detective Nguyen approached the room and knocked, but there was no answer. Detective Nguyen found a key labeled "Home" on MORALES's keychain to unlock the door. FVPD Detectives entered the room, but did not find any other occupants. Later that day, April 13, 2021, at approximately 8:10 p.m., the Honorable Nicholas Thompson of Orange County Superior Court North Justice Center issued a search warrant for MORALES, his vehicle, and his room located inside 11022 Bixler Circle, Garden Grove, California.

    25. After obtaining the search warrant, FVPD Detectives Jones and Hughes as well as Sergeant Cortes began to search MORALES's room. During a search of the room, Detectives found a plastic bag containing 100 pills of Adderall and nine rounds of American Eagle 5.7 x 28mm ammunition in a shoe box. Inside the TV stand, FVPD Detectives found a loaded Ruger, model 57, 5.7 x 28mm caliber handgun, bearing serial number 641-32024. Inside various areas of the closet, Detectives found 66 total rounds of 9mm ammunition, three rounds of 7.62 x 39mm ammunition, and 80 gel tabs of a substance believed to be LSD. Inside a Louis Vuitton shoebox, Sergeant Cortes found plastic baggies containing numerous pills of Adderall and Oxycodone. Inside a "Kitty Tower," Sergeant Cortes found unused plastic baggies, which could be used as packaging material, and a Ruger magazine loaded with 21 rounds of 5.7 X 28mm ammunition. Sergeant Cortes discovered an additional 1,099 pills of Oxycodone inside a plastic bag found on the floor near the bed. FVPD Detective Hughes found a digital scale on the kitchen floor and over

$11,500 in U.S. Currency inside two separate shoe boxes inside the room. The above items were later transported to FVPD, where they were booked into evidence.

     26. During a search of the Honda Insight, Detective Nguyen found a total of four plastic baggies containing a green leafy substance believed to be marijuana, two cellular phones, and an additional plastic bag containing 9 blue pills inscribed with "M30," which was believed to be Oxycodone.

     27. At the scene of the traffic stop, Detective Nguyen read MORALES his Miranda Rights verbatim from his FVPD Officer's Handbook. When asked if he understood his rights, MORALES responded, "Yes, Sir." Detective Nguyen asked MORALES if the residence on Bixler Circle belonged to him. MORALES denied ownership of the home, but when asked if he lived in the room, MORALES stated, "Me and my girl, but she's not there." Detective Nguyen asked MORALES if he stayed in the room and he responded, "Uh huh." MORALES also acknowledged that he knew that he did not have a valid driver license. When asked about the Oxycodone pills that Detective Nguyen had found in the Honda, MORALES stated that he was "using them." Detective Nguyen informed MORALES that a firearm had been located at his residence. MORALES then requested to speak with an attorney, thus concluding Detective Nguyen's interview.

     28. The separate packages of the substances believed to be Adderall taken during the course of this investigation weighed approximately 235 grams. The plastic bag containing the tabs encased in foil believed to be LSD was found to weigh

approximately 6.8 grams.  The package containing a substance believed to be Fentanyl weighed approximately 204 grams.

29.  The narcotics seized during this investigation were later obtained from FVPD and sent to the DEA Southwest Lab for quantitative and qualitative analysis.  The exhibit containing the tabs were sent to the DEA Southwest Lab, which determined the tabs to be LSD with a net weight of 1.02 grams.  The package of tablets believed to be Fentanyl was sent to DEA Southwest Lab and determined to be Fentanyl with a net weight of 141 grams.

30.  Based on my training and experience, 141 grams of Fentanyl is a distribution amount.  Also based on (1) my training and experience, (2) the social media posts displaying the firearm, and (3) the firearm's proximity to the seized money, I believe that MORALES was using the firearm for protection when he engages in the sale of narcotics.

## V.  CONCLUSION

31.  For all the reasons described above, there is probable cause to believe that MORALES has committed a violation of Title

//

//

21, United States Code §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute Fentanyl).

/s/
FARSHID HASHEMPOUR
Task Force Officer, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  3rd  day of December 2021.

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

14